UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRITTANY B. HILTON, | § | CIVIL ACTION NO.: 1:21-cv-00441 |
| | § | MJT |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| SIG SAUER, INC. | § | |
| | § | |
| | § | |
| Defendant. | § | |

## STIPULATION

Plaintiff consents to dismissal of counts IV and V of the Complaint with prejudice.

Dated:  October 25, 2021

Respectfully submitted,

Jeffrey S. Bagnell
Federal Bar No. CT18983
Admitted Pro Hac Vice
Jeffrey S. Bagnell, Esq., LLC
55 Post Road West
Westport, CT  06880
(203) 984-8820
jeff@bagnell-law.com

SICO HOELSCHER HARRIS LLP
*/s/ James H. Hada*
James H. Hada
Federal Bar No. 11527
3 Riverway, Suite 1910
Houston, Texas 77056
Office:        713.465.9944
Facsimile:    877.521.5576
E-Mail:       jhada@shhlaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATION**

      I hereby certify and affirm that on October 25, 2021, the foregoing document was served on all known counsel of record pursuant to the Federal Rules of Civil Procedure using the ECF system.

                                     _____/s/_____

                                       Jeffrey S. Bagnell