IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRITTANY B. HILTON, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:21-CV-00441<br>JUDGE MICHAEL J. TRUNCALE |
| SIG SAUER, INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)

Before the Court is Defendant's Motion to Dismiss Counts IV and V of Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6). [Dkt. 4]. Subsequent to this filing the Plaintiff filed a Stipulation consenting to the dismissal of Counts IV and V of the Complaint with prejudice. [Dkt. 8].

It is therefore ORDERED that Defendant's Motion to Dismiss Counts IV and V of Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6)  [Dkt. 4] is hereby GRANTED.

**SIGNED this 26th day of October, 2021.**

Michael J. Truncale
United States District Judge