1    were multiple items inside Ms. Hilton's purse," and that
2    "the gun did not discharge as a result of being dropped
3    or otherwise impacted."
4         Did you do any other analysis of other kinds of
5    impacts that could have occurred to her purse that day?
6         MS. DENNISON:  Objection to form.
7         THE WITNESS:  No, I have not.
8    BY MR. BAGNELL:
9  Q. "Summary of opinions.  Based upon my knowledge of, and
10   experience with, the P320 model firearm, it is my opinion
11   and belief that the subject P320 pistol could not have
12   discharged absent something pulling the trigger"; is that
13   correct?
14 A. Yes.
15 Q. What pulled the trigger?
16        MS. DENNISON:  Objection to form.
17        THE WITNESS:  I don't have a knowledge of what
18   pulled the trigger.
19   BY MR. BAGNELL:
20 Q. You say that you rebut Mr. Priest's report and opinions,
21   and support paragraph three.  You write, "To the extent
22   that this report" -- I have the wrong report.  Hold on
23   one second.