**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| BRITTANY I. HILTON, | § | CIVIL ACTION NO.: 1:21-cv-00441 |
| | § | MJT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SIG SAUER, INC. | § | |
| | § | |
| Defendant. | § | |

# MOTION TO SEAL DOCUMENT NO. 38

Pursuant to the terms of the Protective Order in this case, plaintiff Hilton moves to seal docket no. 38, her brief in opposition to defendant Sig's Motions to Exclude Testimony and Opinions of Timothy M. Hicks and Peter Villani.

Good cause for the Motion exists. Document No. 38 inadvertently contains images of confidential Sig documentation on pages 15 and 18. Counsel for Sig and Hilton have conferred And the parties agree that Document No. 38 should be sealed. The exhibits to that document, however, do not contain confidential information and do not need to be sealed.

For the reasons stated, plaintiff requests that her Motion be granted.

Dated: DECEMBER 5, 2022

Respectfully submitted,

*/s/Jeffrey S. Bagnell*

_____
Jeffrey S. Bagnell
Federal Bar No. CT18983
Admitted Pro Hac Vice
Jeffrey S. Bagnell, Esq., LLC
55 Post Road West
Westport, CT  06880
(203) 984-8820
jeff@bagnell-law.com


**SICO HOELSCHER HARRIS LLP**
*/s/ James H. Hada*
James H. Hada
Federal Bar No. 11527
3 Riverway, Suite 1910
Houston, Texas 77056
Office:	713.465.9944
Facsimile:	877.521.5576
E-Mail:	jhada@shhlaw.com

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATION

I hereby certify and affirm that on December 5, 2022, the foregoing document was served on all known counsel of record pursuant to the Federal Rules of Civil Procedure using the ECF system.

	     /s/  Jeffrey S. Bagnell_____
Jeffrey S. Bagnell


## LOCAL CIVIL RULE CV-7(i) CERTIFICATE OF CONFERENCE

Counsel have complied with the meet and confer requirements imposed by Local Rule CV-7(h).  The motion is not opposed.