**EXHIBIT 4 PLACEHOLDER OSI LIST DROPBOX**